UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JAMES KRAFT, DAVID RIVERA, ALEX HERRING, JOHN MADDIS, JR., TYLER VIERA and JOSEPH LACKEY, JR.,

    Plaintiffs,

v.                                                             Case No:  6:18-cv-1469-Orl-78GJK

FREIGHT HANDLERS, INC. and FHI, LLC,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Amended Joint Motion for Approval of Settlement and for Dismissal With Prejudice (Doc. 273). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 274), in which he recommends that the parties' Motion be granted. The parties filed a Joint Notice of Non-Objection (Doc. 275).

After a de novo review of the record, and noting that there are no objections, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 274) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement and for Dismissal With Prejudice (Doc. 273) is **GRANTED**. The parties' Settlement Agreement

and Release (Doc. 273-1) is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on January 20, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record